OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**R. Bruce McNew**
Taylor & McNew LLP
3711 Kennett Pike, Suite 210
Greenville, DE 19807

**Joseph S. Naylor**
Morris, James, Hitchens & Williams
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**Gary F. Traynor**
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

**Richard D. Kirk**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Peter B. Ladig**
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Henry E. Gallagher, Jr.**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

**Arthur L. Dent**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**Michael D. DeBaecke**
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

**Lawrence C. Ashby**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**William H. Sudell, Jr.**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

**Francis J. Murphy, Jr.**

Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

**Stephen W. Spence**
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

RE:    Graham, et al v. Taylor Capital Group, et al
       CA 99-858 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by the 27th of July, 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _____
Deputy Clerk

Enc.

Redacted Version of Docket Sheet

## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00858-KAJ
## Internal Use Only

Graham, et al v. Taylor Capital Group, et al
Assigned to: Honorable Kent A. Jordan
Demand: $0

Case in other court:   USDC/ND/IL, 98cv779

Date Filed: 01/12/2000
Jury Demand: Both
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

Cause: 28:0157 Motion for Withdrawal of Reference

**Plaintiff**

**William Eric Graham**
*on behalf of himself and all others*
*similarly situated*

represented by **R. Bruce McNew**
  Taylor & McNew LLP
  3711 Kennett Pike, Suite 210
  Greenville, DE 19807
  (302) 655-9200
  Email: mcnew@taylormcnew.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald P. Graham**
*on behalf of himself and all others*
*similarly situated*

represented by **R. Bruce McNew**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sabbia Group**

represented by **R. Bruce McNew**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irwin M. Eisen**                          represented by**Joseph S. Naylor**
                                            Morris, James, Hitchens & Williams
                                            222 Delaware Avenue, 10th Floor
                                            P.O. Box 2306
                                            Wilmington, DE 19899-2306
                                            (302) 888-6914
                                            Fax: (302)571-1750
                                            Email: jnaylor@morrisjames.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Taylor Capital Group, Inc.**              represented by**Gary F. Traynor**
*formerly known as*                         Prickett, Jones & Elliott, P.A.
The Taylor Financial Group, Inc.            1310 King St.
                                            P.O. Box 1328
                                            Wilmington, DE 19899
                                            (302) 888-6500
                                            Email: gftraynor@prickett.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Cole Taylor Bank**                        represented by**Gary F. Traynor**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Reliance Acceptance Group Inc.**

**Defendant**

Jeffrey W. Taylor                          represented by **Gary F. Traynor**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

Bruce W. Taylor                            represented by **Gary F. Traynor**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

Sidney J. Taylor                           represented by **Gary F. Traynor**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

Howard B. Silverman                        represented by **Richard D. Kirk**
                                           The Bayard Firm
                                           222 Delaware Avenue, Suite 900
                                           P.O. Box 25130
                                           Wilmington, DE 19899
                                           (302) 655-5000
                                           Email: bankserve@bayardfirm.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

Irwin H. Cole                              represented by **Peter B. Ladig**

The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4219
Fax: (302) 658-6395
Email: bankserve@bayardfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lori Cole**                          represented by **Peter B. Ladig**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Dean L. Griffith**                   represented by **Henry E. Gallagher, Jr.**
                                       Connolly, Bove, Lodge & Hutz
                                       The Nemours Building
                                       1007 North Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE 19899
                                       (302) 658-9141
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Melvin E. Pearl**                    represented by **Arthur L. Dent**
                                       Potter Anderson & Corroon, LLP
                                       1313 N. Market St., Hercules Plaza,
                                       6th Flr.
                                       P.O. Box 951
                                       Wilmington, DE 19899-0951
                                       (302) 984-6000
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Defendant**

Solway F. Firestone                     represented by **Henry E. Gallagher, Jr.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Adelyn Dougherty

**Defendant**

William S. Race                         represented by **Henry E. Gallagher, Jr.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Ross J. Mangano                         represented by **Henry E. Gallagher, Jr.**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Richard W. Tinberg

**Defendant**

The Chicago Corporation                 represented by **Michael D. DeBaecke**
*TERMINATED: 06/06/2000*                Blank Rome LLP
                                        1201 North Market Street
                                        Suite 800
                                        Wilmington, DE 19801-4226

(302) 425-6400
Email: debaecke@blankrome.com
*TERMINATED: 06/06/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandler O'Neill & Partners L.P.**          represented by **Lawrence C. Ashby**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: lashby@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KPMG Peat Marwick**          represented by **William H. Sudell, Jr.**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: wsudell@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James D. Dolph**          represented by **George W. Spellmire**
D'Ancona & Pflaum LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4205
(312) 602-2041
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shirley Cole**                         represented by **Peter B. Ladig**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Cathy Cole Williams**                  represented by **Peter B. Ladig**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas L. Barlow**                     represented by **Francis J. Murphy, Jr.**
                                         Murphy, Spadaro & Landon
                                         1011 Centre Road
                                         Suite 210
                                         Wilmington, DE 19805
                                         (302) 472-8100
                                         Email: fmurphy@msllaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**J. Christopher Alstrin**               represented by **Gary F. Traynor**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Bernick**

**Defendant**

**ABN Amro Inc.**                           represented by **Michael D. DeBaecke**
*ABN AMRO Incorporated*                                  (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Alvin Doppelt**                           represented by **Stephen W. Spence**
                                                         Phillips, Goldman & Spence, P.A.
                                                         1200 North Broom Street
                                                         Wilmington, DE 19806
                                                         (302) 655-4200
                                                         Email: sws@pgslaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Respondent**

**Robert Doppelt**                          represented by **Stephen W. Spence**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2000 | 147 | Reply Brief Filed by KPMG Peat Marwick [109-1] motion to Dismiss for Lack of Jurisdiction {Exhibits 1-3 SEALED}. (ntl) (Entered: 01/18/2000) |
| 08/10/2000 | 245 | Expert Report of Roy Weinstein {SEALED}. (ntl) (Entered: 08/10/2000) |
| 10/11/2000 | 309 | Appendix to Brief (vol. 12 of 12) Filed by Melvin E. Pearl Appending [297-1] opening brief {SEALED}. (ntl) (Entered: 10/12/2000) |

| 10/13/2000 | 322 | Appendix to Brief (vol. 1 of 5) Filed by KPMG Appending [321-1] opening brief {SEALED}. (ntl) (Entered: 10/16/2000) |
|---|---|---|
| 10/13/2000 | 323 | Appendix to Brief (vol. 2 of 5) Filed by KPMG Appending [321-1] opening brief {SEALED}. (ntl) (Entered: 10/16/2000) |
| 10/13/2000 | 324 | Appendix to Brief (vol. 3 of 5) Filed by KPMG Appending [321-1] opening brief {SEALED}. (ntl) (Entered: 10/16/2000) |
| 10/13/2000 | 325 | Appendix to Brief (vol. 4 of 5) Filed by KPMG Appending [321-1] opening brief {SEALED}. (ntl) (Entered: 10/16/2000) |
| 10/13/2000 | 326 | Appendix to Brief (vol. 5 of 5) Filed by KPMG Appending [321-1] opening brief {SEALED}. (ntl) (Entered: 10/16/2000) |
| 11/15/2000 | 343 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [275-1] motion for Summary Judgment - Reply Brief due 11/22/00 {SEALED}. (ntl) (Entered: 11/16/2000) |
| 11/16/2000 | 345 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [296-1] motion for Summary Judgment - Reply Brief due 11/24/00, [310-1] motion for partial Summary Judgment {SEALED}. (ntl) (Entered: 11/16/2000) |
| 11/17/2000 | 346 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [280-1] motion for Summary Judgment - Reply Brief due 11/24/00 {SEALED}. (ntl) (Entered: 11/17/2000) |
| 11/22/2000 | 351 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [289-1] motion for Summary Judgment - Reply Brief due 11/29/00, [287-1] motion for Summary Judgment - Reply Brief due 11/29/00 {SEALED}. (ntl) (Entered: 11/27/2000) |
| 11/27/2000 | 353 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [327-1] motion for Summary Judgment - Reply Brief due 12/4/00, [272-1] motion for Summary Judgment - Reply Brief due 12/4/00 {SEALED}. (ntl) (Entered: 11/27/2000) |
| 11/28/2000 | 354 | Appendix of Evidence (vol. 1 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 355 | Appendix of Evidence (vol. 2 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 356 | Appendix of Evidence (vol. 3 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |

| 11/28/2000 | 357 | Appendix of Evidence (vol. 4 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 358 | Appendix of Evidence (vol. 5 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 359 | Appendix of Evidence (vol. 6 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 360 | Appendix of Evidence (vol. 7 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 361 | Appendix of Evidence (vol. 8 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 362 | Appendix of Evidence (vol. 9 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 363 | Appendix of Evidence (vol. 10 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 364 | Appendix of Evidence (vol. 11 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 365 | Appendix of Evidence (vol. 12 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 366 | Appendix of Evidence (vol. 13 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 367 | Appendix of Evidence (vol. 14 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 368 | Appendix of Evidence (vol. 15 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |

| 11/28/2000 | 369 | Appendix of Evidence (vol. 16 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
|---|---|---|
| 11/28/2000 | 370 | Appendix of Evidence (vol. 17 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 371 | Appendix of Evidence (vol. 18 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 372 | Appendix of Evidence (vol. 19 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 373 | Appendix of Evidence (vol. 20 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 374 | Appendix of Evidence (vol. 21 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 375 | Appendix of Evidence (vol. 22 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 376 | Appendix of Evidence (vol. 23 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 377 | Appendix of Evidence (vol. 24 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 378 | Appendix of Evidence (vol. 25 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |

| 11/28/2000 | 379 | Appendix of Evidence (vol. 26 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
|---|---|---|
| 11/28/2000 | 380 | Appendix of Evidence (vol. 27 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 381 | Appendix of Evidence (vol. 28 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 382 | Appendix of Evidence (vol. 29 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 383 | Appendix of Evidence (vol. 30 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 384 | Appendix of Evidence (vol. 31 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 385 | Appendix of Evidence (vol. 32 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 386 | Appendix of Evidence (vol. 33 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 387 | Appendix of Evidence (vol. 34 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |

| 11/28/2000 | 388 | Appendix of Evidence (vol. 35 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 389 | Appendix of Evidence (vol. 36 of 36) Filed by William Eric Graham, Ronald P. Graham, Sabbia Group {SEALED} (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 391 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [313-1] motion for Summary Judgment on the shareholder plaintiffs' section 14(a) claim - Reply Brief due 12/5/00 {SEALED}. (ntl) (Entered: 11/28/2000) |
| 11/28/2000 | 392 | Answer Brief Filed by William Eric Graham, Ronald P. Graham, Sabbia Group [320-1] motion for Summary Judgment - Reply Brief due 12/5/00 {SEALED}. (ntl) (Entered: 11/28/2000) |
| 12/06/2000 | 400 | Reply Brief Filed by Lori Cole, Shirley Cole, Cathy Cole Williams [280-1] motion for Summary Judgment {SEALED}. (ntl) (Entered: 12/06/2000) |
| 12/06/2000 | 401 | Appendix to Brief (vol. 5) Filed by Lori Cole, Shirley Cole, Cathy Cole Williams Appending [400-1] reply brief {SEALED}. (ntl) (Entered: 12/06/2000) |
| 12/06/2000 | 402 | Appendix to Brief (vol. 6) Filed by Lori Cole, Shirley Cole, Cathy Cole Williams Appending [400-1] reply brief {SEALED}. (ntl) (Entered: 12/06/2000) |
| 12/06/2000 | 407 | Appendix to Brief Filed by KPMG LLP Appending [406-1] reply brief {SEALED}. (ntl) (Entered: 12/07/2000) |