VE - U.S. District Court:ded                                                        Page 1 of 2

**er Orders/Judgments**

1:99-cv-00858-KAJ Graham, et al v. Taylor Capital Group, et al **CASE CLOSED** on 05/25/2004



**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rwc, entered on 6/29/2005 at 1:52 PM EDT and filed on 6/29/2005

**Case Name:**        Graham, et al v. Taylor Capital Group, et al
**Case Number:**      1:99-cv-858
**Filer:**
**WARNING: CASE CLOSED on 05/25/2004**
**Document Number:** 582

**Docket Text:**
ORDER DIRECTING THE RETURN OF SEALED DOCUMENTS to the parties.
Signed by Judge Kent A. Jordan on 6/29/05. (rwc, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/29/2005] [FileNumber=63500-0]
[784a24b7115d23094l8045050bbb3b83c615209dec176acefc16465269d6293f281fc
a69127b1bac3908762ccbef153b369fb06548946f56d4a4d463f58ca69d]]

**1:99-cv-858 Notice will be electronically mailed to:**

Lawrence C. Ashby     lashby@ashby-geddes.com,

Michael D. DeBaecke     debaecke@blankrome.com,

Richard D. Kirk     bankserve@bayardfirm.com, rkirk@bayardfirm.com

Peter B. Ladig     bankserve@bayardfirm.com, pladig@bayardfirm.com

R. Bruce McNew     mcnew@taylormcnew.com,

CLOSED

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

George W. Spellmire
D'Ancona & Pflaum LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601-4205

NO LONGER AT THIS ADDRESS

RETURN TO SENDER

WILMINGTON DE
P.M.
861