OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

Arthur L. Dent
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

RE:  **Graham, et al v. Taylor Capital Group, et al**
CA 99-858 KAJ

Dear Counsel:

Pursuant to the Order entered on 6/29/05 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   309.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Betty Duran_

I hereby acknowledge receipt of the above mentioned documents

on _7/27/05_.

Signature