OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/27/05

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE:   **Graham, et al. v. Taylor Capital Group, et al.**
      CA 99-858 KAJ

Dear Counsel:

Pursuant to the Order entered on 6/29/05 by the Honorable Kent A. Jordan, the following document is herewith being returned to you:

ITEM:   147, 322, 323, 324, 325, 326 and 407.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: Beth Duncn

I hereby acknowledge receipt of the above mentioned documents

on 7/27/05

Signature