OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

7/28/05

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RE:   **Graham, et al v. Taylor Capital Group, et al**
      CA 99-858 KAJ

Dear Counsel:

Pursuant to the Order entered on 6/29/05 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   245, 400, 401, and 402.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 7/28/05.

_____
Signature