**TAYLOR & MCNEW LLP**
ATTORNEYS AT LAW
SUITE 210
3711 KENNETT PIKE
GREENVILLE, DE 19807
(302) 655-9200

JONATHAN B. TAYLOR
R. BRUCE MCNEW
GERALD J. PROFFITT

FAX: (302) 655-9361
E-MAIL: mail@law-tm.com
WEBSITE: taylormcnew.com

FILED 8/1/05

August 1, 2005

<u>BY FIRST CLASS MAIL</u>

Mr. John Palumbo
Deputy Clerk
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    William Graham v. Taylor Capital Group, et al.
              <u>C.A. No. 99-cv-858</u>

Dear Mr. Palumbo:

    Please accept this letter as confirmation that Taylor & McNew, LLP does not want to retrieve sealed documents that were filed by our firm in the above referenced matter and grants the Court permission to unseal and enter said documents into public record.

    Thank you for your attention.

Sincerely,

R. Bruce McNew (# 967)

RBM/acc